

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-7068 & 2016-CR-10374
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

On August 10, 2020 the Appellant filed a motion for rehearing en banc. The Court requests the State file a response on or before October 10, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court